COYLE, Respondent, v. SCHULZ, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by Ellen Coyle against John D. H. Schulz. No opinion. Interlocutory judgment affirmed, with costs.

In re COZINE. (Supreme Court, Appellate Division, Second Department. October 6, 1905.) In the matter of the judicial settlement of the account of James J. Cozine as administrator of the goods, chattels, and credits of Cornelius Cozine, late of the borough of Brooklyn, deceased. No opinion. Motion for reargument granted, and case set down for Tuesday, October 17, 1905. See 93 N. Y. Supp. 557. .

CRANE, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by William F. Crane against the Metropolitan Street Railway Company. L. H. Dourly, for appellant. B. H. Ames, for respondent. No opinion. Judgment and order affirmed, with costs.

In re CRESCENT AVE. (Supreme Court, Appellate Division, First Department. July 7, 1905. In the matter of the opening of Crescent avenue. B. E. V. McCarty, for appellant. C. W. Dayton, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re CROFT'S ESTATE. (Supreme Court, Appellate Division, First Department. November 10, 1905.) In the matter of Silas C. Croft, deceased. E. Eschwege, for appellant. S. S. Slater, for respondent. No opinion. Judgment affirmed, with costs.

CROTTY v. DE DION–BOUTON MOTORETTE CO. (Supreme Court, Appellate Division, Second Department. June 23, 1905.) Action by Holton M. Crotty against De Dion-Bouton Motorette Company. In the matter of the application of Jessie E. Crotty.

PER CURIAM. Although the fact does not appear upon the record, it was conceded upon the argument by counsel that the judgment recovered by the plaintiff had been paid before the motion was made for a substitution. In view of this fact and the laches of the appellant, we think the order should be affirmed. Order affirmed, with $10 costs and disbursements.

CSATLOS, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by William Csatlos against the Metropolitan Street Railway Company. S. C. Baldwin, for appellant. B. H. Ames, for respondent.

PER CURIAM. Judgment affirmed, with costs.

O'BRIEN, P. J., and PATTERSON, J., dissent.

CULLEN, Appellant v. NEW YORK TELEPHONE CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1905.) In the matter of the application of James R. Cullen for a writ of peremptory mandamus against the New York Telephone Company. No opinion. Motion denied.

CULLINAN, Com'r, Appellant, v. BARGAR et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 22, 1905.) Action by Patrick W. Cullinan, as Commissioner, against Edgar N. Bargar and another.

PER CURIAM. Judgments and order reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of law and fact.

WILLIAMS, J., concurs upon questions of law only.

DAMON, Respondent, v. DOHENY, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by George Damon against George Doheny, impleaded, etc.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, unless the plaintiff stipulates to reduce the verdict to the sum of $2,500, as of the date of the rendition thereof, in which event the judgment, as so modified, and the order, are affirmed, without costs of this appeal to either party.

HISCOCK, J., not voting.

DANA, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 11, 1905.) Action by John M. Dana against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and NASH, JJ., dissent.

DAVIDSON, Appellant, v. ARNOLD, Respondent. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by William W. Davidson against Elizabeth S. Arnold. S. J. Baron, for appellant. S. Kohn, for respondent. No opinion. Judgment affirmed, with costs.